## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>JOSEPH COLUCCI<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>JOSEPH COLUCCI,<br>    Debtor | Case No. 19-16972-amc<br>Chapter 13 |

### CERTIFICATION OF NO ANSWER REGARDING FREEDOM MORTGAGE CORPORATION'S
### MOTION TO ALLOW LOAN MODIFICAT (DE 43)

The undersigned hereby certifies that, as of January 3, 2022, the undersigned has received no answer, objection or other responsive pleading to the Movant's Motion to Allow Loan Modification and for Approval to Execute and Record Partial Claim Agreement.

The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Movant's Motion to Allow Loan Modification and for Approval to Execute and Record Partial Claim Agreement. Pursuant to the Notice of Motion, objections to the Movant's Motion were to be filed and served before December 30, 2021

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated:  January 3, 2022        Respectfully submitted,

　　　　　　　　　　　　　　　　Brock & Scott, PLLC

　　　　　　　　　　　　　　　　*/s/ Andrew Spivack*
　　　　　　　　　　　　　　　　Andrew Spivack

(Bar No. 84439)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
Telephone:  844-856-6646 x3017
Facsimile:  704-369-0760
E-Mail:  PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>JOSEPH COLUCCI<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>JOSEPH COLUCCI,<br>    Debtor | Case No. 19-16972-amc<br>Chapter 13 |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Certification of No Answer has been electronically served or mailed, postage prepaid on January 3, 2022 to the following:

JOSEPH COLUCCI
9315 RISING SUN AVE
PHILADELPHIA, PA 19115-3716

Law Office of Michael Schwartz
707 Lakeside Office Park
Southampton, PA 18966
msbankruptcy@verizon.net


Kenneth E. West, Bankruptcy Trustee
Chapter 13 Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee, US Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov


                                                  */s/ Andrew Spivack*
                                                  Andrew Spivack
                                                  (Bar No. 84439)
                                                  Attorney for Creditor

BROCK & SCOTT, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
Telephone:  844-856-6646 x3017
Facsimile:  704-369-0760
E-Mail:  PABKR@brockandscott.com