# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>JOSEPH COLUCCI<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>JOSEPH COLUCCI,<br>    Debtor | Case No. 19-16972-amc<br>Chapter 13 |

## ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of Freedom Mortgage Corporation (Movant), Motion to Allow Loan Modification and for Approval to Execute and Record Partial Claim Agreement and any response thereto (if any), it is:

**ORDERED AND DECREED:** that the Modification Agreement as attached to the Motion for Approval for Loan Modification is approved.

**Date: January 11, 2022**

_____
Honorable Ashely M. Chan
U.S Bankruptcy Court Judge