United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-16972-amc
Joseph Colucci  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Jan 11, 2022 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2022:**

**Recip ID**      **Recipient Name and Address**
db      + Joseph Colucci, 9315 Rising Sun Avenue, Philadelphia, PA 19115-3716

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2022 at the address(es) listed below:

**Name**      **Email Address**

ANDREW L. SPIVACK
     on behalf of Creditor FREEDOM MORTGAGE CORP. andrew.spivack@brockandscott.com wbecf@brockandscott.com

KENNETH E. WEST
     ecfemails@ph13trustee.com philaecf@gmail.com

Lois M. Vitti
     on behalf of Creditor Gateway Mortgage Group loismvitti@vittilaw.com nicole@vittilaw.com

MARIO J. HANYON
     on behalf of Creditor FREEDOM MORTGAGE CORP. wbecf@brockandscott.com mario.hanyon@brockandscott.com

MICHAEL SETH SCHWARTZ
     on behalf of Debtor Joseph Colucci msbankruptcy@verizon.net schwartzmr87357@notify.bestcase.com

REBECCA ANN SOLARZ
     on behalf of Creditor FREEDOM MORTGAGE CORP. bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 11, 2022 | Form ID: pdf900 | Total Noticed: 1 |

United States Trustee
                     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>JOSEPH COLUCCI<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>JOSEPH COLUCCI,<br>    Debtor | Case No. 19-16972-amc<br>Chapter 13 |

**ORDER**

    AND NOW, this _____ day of _____, 2021, upon consideration of Freedom Mortgage Corporation (Movant), Motion to Allow Loan Modification and for Approval to Execute and Record Partial Claim Agreement and any response thereto (if any), it is:

    **ORDERED AND DECREED:** that the Modification Agreement as attached to the Motion for Approval for Loan Modification is approved.

**Date: January 11, 2022**                                   _____
                                                                            Honorable Ashely M. Chan
                                                                            U.S Bankruptcy Court Judge