# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>JOSEPH COLUCCI<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>JOSEPH COLUCCI,<br>    Debtor, | Case No. 19-16972-amc<br>Chapter 13 |

## WITHDRAWAL OF PROOF OF CLAIM

Freedom Mortgage Corporation ("Movant"), by and through its legal counsel, hereby withdraws its PROOF OF CLAIM filed on March 17, 2022, Claim Number 15.

This 18th day of March, 2022.

                                          */s/ Andrew Spivack*
                                          Andrew Spivack
                                          (Bar No. 84439)
                                          Attorney for Creditor
                                          BROCK & SCOTT, PLLC
                                          302 Fellowship Road, Suite 130
                                          Mount Laurel, NJ 08054
                                          Telephone:  844-856-6646 x3017
                                          Facsimile:  704-369-0760
                                          E-Mail:  PABKR@brockandscott.com

20-13768 BKPOC01

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>JOSEPH COLUCCI<br><br>Freedom Mortgage Corporation,<br>      Movant<br><br>vs.<br><br>JOSEPH COLUCCI,<br>      Debtor, | Case No. 19-16972-amc<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal Of Proof Of Claim has been electronically served or mailed, postage prepaid on this day to the following:

JOSEPH COLUCCI
9315 RISING SUN AVENUE
PHILADELPHIA, PA 19115

MICHAEL SCHWARTZ, Debtor's Attorney
Law Office of Michael Schwartz
707 LAKESIDE OFFICE PARK
SOUTHAMPTON, PA 18966

KENNETH E WEST, Bankruptcy Trustee
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee, US Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov

March 18, 2022
20-13768 BKPOC01

*/s/ Andrew Spivack*
Andrew Spivack
(Bar No. 84439)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
Telephone:  844-856-6646 x3017
Facsimile:  704-369-0760
E-Mail:  PABKR@brockandscott.com

20-13768 BKPOC01