**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:**        **Joseph Colucci** | : | **Chapter 13** |
| | : | |
| _____**Debtor**_____ | : | |
| **Freedom Mortgage Corporation** | : | |
|         **Movant** | : | **Bankruptcy Case Number** |
| | : | **19-16972 AMC** |
| | : | |
| **v.** | : | |
| | : | |
| **Joseph Colucci** | : | |
| | : | |
|         **Respondent/Debtor** | : | |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that the attached response to the

Motion of Freedom Mortgage Corporation  was sent this 25th day of January 2024 via electronic

notification and/or United States, First Class Mail, postage prepaid to all secured and priority

creditors (if any) at the address listed in the claims register:

**Movant's Counsel**
Andrew Spivack , Esquire


**Trustee:**
Kenneth West, Esquire
Chapter 13 Standing Trustee


                                 ___\s\ Michael Schwartz_____
                                 **MICHAEL SCHWARTZ, ESQUIRE**
                                 Attorney for Debtor