**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>JOSEPH COLUCCI<br>　　Debtor | Case No. 19-16972-amc |
| Freedom Mortgage Corporation,<br>　　Movant | Chapter 13 |
| vs.<br>JOSEPH COLUCCI<br>　　Respondent | 11 U.S.C. §362 |

**ORDER**

**AND NOW**, this  16th  day of      Feb.      , 2024, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge