# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Joseph Colucci** | : | **Chapter 13** |
| **Debtor** | : | **Bankruptcy No.** |
| | : | |
| | : | **19-16972 AMC** |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that the attached Motion to Modify Plan After Confirmation was this 22nd day of February, 2024, served by electronic notification and/or United States First Class Mail to the Office of the Trustee and all creditors who filed claims using the address listed in the claims register.

    **/s/ Michael Schwartz**
**MICHAEL SCHWARTZ, ESQUIRE**
Attorney for Debtor