**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **Joseph Colucci** | : | **Chapter 13** |
| | **Debtor** | : | **Bankruptcy No.** |
| | | : | |
| | | : | **19-16972 AMC** |
| | | : | |
| | | : | |

**CERTIFICATION OF NO-OBJECTION OR RESPONSE**

    I, **MICHAEL SCHWARTZ, ESQUIRE**, hereby certify that I filed the motion to modify chapter 13 plan with the Clerk of the United States Bankruptcy Court on February 22, 2024 and sent notice via electronic notification and/or First Class Mail on February 22, 2024 to the Trustee and all interested parties that they had fourteen (14) days to file an Answer, Objection or other responsive pleading; that more than fourteen (14) days have elapsed since the giving of such notice and I have not received an Answer or other responsive pleading. I therefore request that the Court enter the Order accompanying said Motion.

                                                               Respectfully Submitted,


                                                              \s\ Michael Schwartz
                                            **MICHAEL SCHWARTZ, ESQUIRE**
                                            Attorney for Debtor