# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | **Joseph Colucci** | : | **Chapter 13** |
| | **Debtor** | : | **Bankruptcy No.** |
| | | : | |
| | | : | **19-16972 AMC** |

## ORDER

AND NOW, this 2nd day of April, 2024 upon consideration of Debtor's Motion to Modify Plan After Confirmation, it is ORDERED that said Motion is granted and Debtor shall be permitted to modify his Chapter 13 Plan.

BY THE COURT:

_____
**Honorable Ashely M. Chan**
**US Bankruptcy Judge**