Certificate Number: 15317-PAE-DE-039148039

Bankruptcy Case Number: 19-16972



15317-PAE-DE-039148039

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 11, 2024</u>, at <u>11:16</u> o'clock <u>AM PST</u>, <u>Joseph F Colucci</u> completed a course on personal financial management given <u>by telephone</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>December 11, 2024</u>

By:  <u>/s/Philip Sta. Teresa</u>

Name:  <u>Philip Sta. Teresa</u>

Title:  <u>Certified Counselor</u>