**Fill in this information to identify the case:**

Debtor 1 _____Joseph Colucci_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number _____19-16972-AMC_____

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Gateway Mortgage Group, etal

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account: 5 0 5 4

**Date of payment change:**
Must be at least 21 days after date of this notice    02/01/2020

**New total payment:**    $ 1,137.02
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:** $ 363.73    **New escrow payment:** $ 387.47

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   **Current interest rate:** _____%    **New interest rate:** _____%

   **Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

Debtor 1 __Joseph Colucci_____  Case number *(if known)* __19-16972-AMC_____
        First Name    Middle Name    Last Name

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❑ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Lois M. Vitti_____  Date __01/02/2020_____
   Signature

Print: __Lois M. Vitti_____  Title __Attorney for Movant_____
      First Name    Middle Name    Last Name

Company __Vitti Law Group, Inc._____

Address __333 Allegheny Avenue, Suite 303_____
      Number    Street

__Oakmont_____ __PA__ __15139____
City                                  State      ZIP Code

Contact phone __412-281-1725_____  Email __nicole@vittilaw.com_____